# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

WARREN PIZARD SMITH,

     Defendant.

2:16-cr-00341-APG-VCF

**MINUTE ORDER**

[Motion to Suppress (ECF No. 18)]

  Before the Court is Defendant Warren Pizard Smith's Motion to Suppress (ECF No. 18).

  Accordingly,

  IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Smith's Motion to Suppress (ECF No. 18) is scheduled for 10:00 a.m., January 26, 2017, in Courtroom 3A.

  DATED this 12th day of January, 2017.

              _____

              CAM FERENBACH
              UNITED STATES MAGISTRATE JUDGE