# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WARREN PIZARD SMITH,

        Defendant.

Case No. 2:16–cr–341–APG–VCF

**ORDER**

    At the conclusion of the January 26, 2017 evidentiary hearing, the court requested supplemental briefing from the parties. The Government's supplemental brief will be due on February 9, 2017. Smith's opposition will be due on February 20, 2017. The Government's reply will be due on February 27, 2017.

    The parties are reminded to focus their briefing on the curtilage issue. The parties are however free to include in their briefs any issue they deem relevant.

    IT IS SO ORDERED.

    DATED this 26th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE