# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN PIZARD SMITH,<br><br>Defendant. | Case No. 2:16-cr-00341-APG-VCF<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 67) |

The Government moves to dismiss the Indictment. ECF No. 67. Defendant Warren Pizard Smith does not oppose. ECF No. 69.

IT IS THEREFORE ORDERED that this case is dismissed.

Dated: August 18, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE